In the Matter of CLEMENT JAVETE against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars

costs. [See *ante*, p. 765.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.